Yvonne BLACKWELL, Plaintiff,

v.

**53RD—ELLIS CURRENCY EXCHANGE INC., Sidney R. Miller, Defendant.**

No. 92–CV–8310.

United States District Court,
N.D. Illinois.

Nov. 14, 1994.

Maureen Evelyn Terjak, Timothy Huizenga, Legal Assistance Foundation of Chicago, Chicago, IL, for plaintiff.

David A. Novoselsky, Kevin S. Besetzny, David A. Novoselsky & Associates, Chicago, IL, for defendant.

PLUNKETT, District Judge.

Defendants' motion to vacate Memorandum Opinion and Order entered on May 6, 1994 by this court granting Plaintiff's motion for partial summary judgment on the issue of liability, Granted.